JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOSUE GUTIERREZ-CRUZ,

Petitioner,

v.

WARDEN OR FACILITY ADMININSTRATOR, ETC., ET AL.,

Respondents.

No. ED CV 26-4800-E

JUDGMENT

Pursuant to the "Order for Entry of Judgment," it is adjudged that the Petition is granted in part: (1) Respondents must immediately release Petitioner (A# 246-061-842) from detention on reasonable conditions; and (2) Respondents are enjoined from any re-detention of Petitioner, absent at least seven (7) days prior notice and a pre-detention hearing before a neutral decisionmaker at which the Government bears the burden of proving, by clear and convincing evidence, that Petitioner is an unacceptable danger to the community or an unacceptable flight risk.

DATED: September 4, 2026



CHARLES F. EICK
UNITED STATES MAGISTRATE JUDGE